IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD K. RICHMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-01096-MAB |
| | ) |
| STEPHEN KESSLER, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on December 11, 2019, Defendants Pittman and Zollars were **DISMISSED without prejudice** (Doc. 9)**.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on October 10, 2020, Defendants' motion for summary judgment on the issue of exhaustion of administrative remedies was **GRANTED** (Doc. 40). Defendants Josh Crawford, Brian Dasch, Galen Dellinger, Kory Hinterscher, Stephen Kessler, Brian Livingston, and Trevor Stanley were **DISMISSED without prejudice**. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety**.

DATED: October 9, 2020

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                                      BY:  /s/ *Jennifer Jones*
                                            **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**